UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

RIKKI M. BROWN,

    Plaintiff,

v.

JOHNSONVILLE SAUSAGE LLC,

    Defendant.

Case Nos.: 21-cv-0289-bhl
           21-cv-0454-bhl

---

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Rikki M. Brown and Defendant Johnsonville, LLC (improperly denominated as Johnsonville Sausage LLC) ("Johnsonville"), that all matters herein between them have been compromised and settled and that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Johnsonville are hereby voluntarily dismissed with prejudice and with each party bearing its own attorneys' fees and costs.

Dated: November 23, 2021.

_____
Rikki M. Brown, *Pro Se* Plaintiff

_____
Peter L. Albrecht
State Bar No. 1022450
Erin M. Cook
State Bar No. 1074294
Sarah K. Mueller
State Bar No. 1114561
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: palbrecht@gklaw.com/
mcook@gklaw.com/smueller@gklaw.com

*Attorneys for Defendant*

26148884.3